**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BILAL HUSSAINI, GHOUSUNNISA HUSSAINI, and GABRIELA GOMEZ,<br><br>Plaintiffs,<br><br>v.<br><br>EAST DUNDEE POLICE OFFICERS ANDY RITTER, JESSICA K. MARINOS, KYLE MAGNUSON, BRYAN MACULITIS, MORETTI, CHIEF JOSHUA FOURDYCE, ROB SARRA, RYAN FLEUI, KEVIN M. LAWSON, VILLAGE OF EAST DUNDEE, and DOES 1-10,<br><br>Defendants. | ) | Case No. 1:24-cv-13217<br><br>Judge John F. Kness<br><br>JURY DEMAND |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND TO CONTINUE NOVEMBER 12, 2026 STATUS HEARING**

Plaintiffs, Bilal Hussaini, Ghousunnisa Hussaini, and Gabriela Gomez, by their attorney, Hakeem Muhammad, and Defendants, Village of East Dundee and East Dundee Police Officers Andy Ritter, Jessica K. Marinos, Kyle Magnuson, Bryan Maculitis, Moretti, Chief Joshua Fourdyce, Rob Sarra, Ryan Fleui, and Kevin M. Lawson, by their attorneys, Michael J. Victor and Ian M. White, jointly move under Federal Rule of Civil Procedure 6(b) for a two-week extension of time to file the parties' Joint Status Report and for a continuance of the November 12, 2026 status hearing. In support, the parties state as follows:

1. This case is stayed pending the resolution of Plaintiff Bilal Hussaini's criminal case in Kane County, People v. Hussaini, No. 2024 CF 2502. [Doc. #12.]

2. On September 11, 2026, the Court directed the parties to file an updated Joint Status Report on or before November 5, 2026, to advise the Court of the status of the criminal case. The Court also set a status hearing for November 12, 2026. [Doc. #29.]

3. The jury trial in the criminal case began on November 2, 2026. The same day, the trial court declared a mistrial on the State's motion. The criminal case is set for status on November 13, 2026.

4. On November 3, 2026, Mr. Hussaini filed an objection to the mistrial and a notice of his double jeopardy claim. Mr. Hussaini has moved to dismiss the criminal charge on double jeopardy grounds. If that motion is denied, he will likely seek review under Illinois Supreme Court Rule 604(f).

5. The outcome of the double jeopardy motion, and of any appeal, bears directly on whether the stay in this case should remain in effect. The November 13, 2026 status hearing is also expected to address the schedule in the criminal case. A two-week extension will allow the parties to give the Court a complete and accurate report.

6. Because the November 12, 2026 status hearing falls before the criminal court's November 13, 2026 status hearing and before the requested Joint Status Report deadline, the parties request that the Court continue the November 12, 2026 status hearing to a date after November 19, 2026 that is convenient to the Court.

7. The parties conferred regarding the Joint Status Report on November 6, 2026, and agree that a two-week extension and a continuance of the November 12, 2026 status hearing are appropriate.

8. This motion is not made for purposes of delay, and no party will be prejudiced by the requested extension or continuance.

WHEREFORE, the parties respectfully request that this Court extend the deadline for the parties to file their Joint Status Report to November 19, 2026, continue the November 12, 2026 status hearing to a date after November 19, 2026 that is convenient to the Court, and grant such other relief as the Court deems just.

Respectfully submitted,

BILAL HUSSAINI, GHOUSUNNISA HUSSAINI, and GABRIELA GOMEZ

/s/ Hakeem Muhammad
One of Plaintiffs' Attorneys

Hakeem Muhammad
Muhammad Law Center
332 South Michigan Avenue,
Suite 121, No. 5379
Chicago, Illinois 60604
Telephone: (504) 400-9598
hakeem@muhammadlawcenter.com
ARDC No. 6343978

Respectfully submitted,

VILLAGE OF EAST DUNDEE and EAST DUNDEE POLICE OFFICERS

/s/ Michael J. Victor
One of Defendants' Attorneys

Michael J. Victor
Ian M. White
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
mvictor@ifmklaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 6, 2026, he electronically filed this motion with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ Hakeem Muhammad